**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-7417**

─────────────

TROY LYNN BROOKS-BEY,

                                        Petitioner - Appellant,

        versus

ROBERT KUPEC, Warden; ATTORNEY GENERAL FOR THE
STATE OF MARYLAND,

                                        Respondents - Appellees.

─────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CA-
00-2812-CCB)

─────────────

Submitted:  November 20, 2000       Decided:  December 6, 2000

─────────────

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Troy Lynn Brooks-Bey, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Troy Lynn Brooks-Bey appeals the district court's order dismissing his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See Brooks-Bey v. Kupec, No. CA-00-2812-CCB (D. Md. Sept. 26, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

                                                      DISMISSED

2